NUMBER 13-07-134-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


ALBERTO ALMEIDA,M.D., Appellant,


v.



TENET HEALTHCARE, LTD., D/B/A

BROWNSVILLE MEDICAL CENTER, Appellee.

_____________________________________________________ __


On appeal from the 197th District Court


 of Cameron County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, ALBERTO ALMEIDA, M.D., perfected an appeal from a judgment entered
by the 197th District Court of Cameron County, Texas, in cause number 2004-04-2014-C. 
After the clerk's record was filed, appellant filed an unopposed motion to dismiss the
appeal and for release of surety on the supersedeas bond. In the motion, appellant moves
that the trial court's judgment be left unaltered. Appellant states that the parties entered
into a settlement agreement pertaining to this case and that he no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal and release
the surety on the supersedeas bond filed by appellant from all liability thereon.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal and for release of surety on the supersedeas bond, is of the opinion
that the motion should be granted. Appellant's motion to dismiss the appeal and for
release of surety on the supersedeas bond is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 4th day of October, 2007.